**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISON**

| | |
|---|---|
| MICHAEL KALMES, et al., ) | |
| ) | Case No. 1:14-cv-06565 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Hon. James B. Zagel |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, Michael Kalmes and Theresa Kalmes, by and through their undersigned counsel, hereby dismiss the above-captioned complaint against Portfolio Recovery Associates, LLC, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The complaint was filed on August 25, 2014, and appears on the docket at entry 1.

Dated:  January 5, 2015

                                                         Respectfully submitted,

                                                         /s/ David B. Levin

David B. Levin
Attorney No. 6212141
Attorney for Plaintiff
Upright Litigation LLC
25 E. Washington Street
Suite 400
Chicago, IL 60602
Phone: (312) 878-1867
Fax: (866) 359-7478
dlevin@uprightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2015, a copy of the foregoing, Notice of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
David B. Levin
Attorney for Plaintiff